UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TIMOTHY HAZELETT,

      Defendant.

_____/

Case No. 23-cr-20023
Hon. Matthew F. Leitman

## **ORDER TO SEAL**

Timothy Hazelett has moved to seal Exhibits E, G, J, K and L to his Motions for Franks Hearing and to Suppress Evidence. Having been duly advised in the premises and supporting authority;

**IT IS HEREBY ORDERED** that Exhibits E, G, J, K and L to Timothy Hazelett's Motions for Franks Hearing and to Suppress Evidence shall be filed by the Clerk under seal.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  August 28, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 28, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126