UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                             Case No. 23-cr-20023
                                             Hon. Matthew F. Leitman

v.

TIMOTHY HAZELETT,

      Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS (ECF No. 22)

For the reasons stated on the record on September 17, 2024, **IT IS HEREBY ORDERED** that Defendant's Motion to Suppress is **DENIED**.

                                             s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
                                             UNITED STATES DISTRICT JUDGE

Dated: September 17, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 17, 2024, by electronic means and/or ordinary mail.

                                             s/Holly A. Ryan
                                             Case Manager
                                             (313) 234-5126